*Service*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

*Notice of Service*

*Request to Clerk*

*Kacy Nickerson*

Plaintiff(s),

v.

*Mike Duggan*

Case: 2:15-cv-10413
Judge: Michelson, Laurie J.
MJ: Hluchaniuk, Michael J.
Filed: 01-30-2015 At 11:10 AM
CMP NICKERSON V. DUGGAN (DA)

Defendant(s).

_____/

## COMPLAINT

I.  Defendant(s).  Print the full name for each defendant.  If there are more defendants, use additional pages to provide their names.

### Name of Defendant(s)

1. *Mike Duggan*
2.
3.
4.
5.

II.  Statement of claim.  Briefly state the facts of your case.  Describe how each defendant is involved, and exactly what each defendant did, or failed to do.  Include names of any other persons involved, dates, and places.  You may use additional paper if necessary.

Were of Highland park of Radio schack of Dissordely 4-3-20?? arrested 1:30 2:30 pm of woodward of dissordely of mr CKh MCschultz office

MrsSchultz that of breach of Suil to
Sull Steld contract refusal of Highlend
Park police Department iSo1 .0ch schultz
of Defendant breach contract breach refush t
of Injuryed Lizzy Nickerson brokE nose buster
eye Heal injuries  of permently damage
compensatory damage of 999.999.999 of
broke nose busted eye Heal enjuries of injuries

III.   Relief.   Briefly state exactly what you want the court to do for you.

Of the relief of the damge to be
compenstory damage of 999.999.999
of permently damage of dispute

MIED (Rev.5/13) General Civil Complaint

_____

_____

IV.     <u>Additional Information</u>. – Briefly enter any additional information, you may use additional paper.

_____

_____

_____

_____

_____

_____

V.     <u>Demand for Jury Trial</u>.   Check this box if you want your case to be decided by a jury, instead of a judge.

☐     Plaintiff demands a jury trial on all issues.

Dated: _1-29-15_____

_Kragl Nickerson_____
Plaintiff's Signature

_Kragl Nickerson_____
Plaintiff's Printed Name

_3742 Parker_____
Street Address

_Det Mich 48211_____
City, State, Zip Code

_(313) 653-9914_____
Telephone Number

_____
E-mail Address

Notice of service

4

...keran
...er
...ch up2m
Nickerson

...kz Duggan

Request to Clerk 1

Notification Letter Letter

Were of Breach Contract of Highland park police department
t were involved in an police disordey of arrested of 4 April 20xx
of Dissordely of Highland piek police Department of officer assulted of
Name of Ochs and schultz of that of the date 4 April 20xx. of
that Ochs and schultz walked In cell Ochs hit Plaintiff to the face
and of that Ochs and schultz push Plaintiff to wall of injuries
Plaintiff suffer Broke Nose Busted Eye Head injuries of the office
push and strike Plaintiff to the face of the damage of Please
provide me with the name and address of YOUR Insurance
Carrier and soward this Letter to it Regarding coverage of
the accident of Prop Code 42 of to resolve the dispute :
Compensatory Damage
,

Very truly yoars
Denos Nickersn
Maria Nickersn
Denos Nickersn

Kimy Nickerson

Dennos Nicker

zzy Nickerson
3742 Parker
Des mich 48214

Kizzy Nickerson
Mike Duggan

Request to Court    written letter

Complaint Fiduciaries Corporate Breach Contract

Under Detroit Michigan. Law. or director of corporation generally
owe a fiduciary duty to the corporation Kizzy nickerson v. Mike Duggan
an Individual may owe a fiduciary in Detroit Michigan. an
Individual may owe a fiduciary in Detroit Michigan as a
fiduciary duty to the Corporation if he is considered to be
a officer, with authority for authority for Authority Such
saying Returning offering in put Respect to the company
information and Operation or managing the company.
Kizzy Nickerson v. mike DugGAN.

Detroit. Michigan Statue also Codify this obligation
Requires a Commission a corporate commissione to
discharge his or her duties as a commission.
Of Refusal of the police Department of Highland Park of Plaintiff injuries
Officer Breach Contract Suit to Enfield
• In good faith
• In a manner he reasonably believe to be
In interest of the corporation

Lizzy Wickerson
3740 Parker
Det Mich 4844

Proof of
Servic

written letter

Closing Argument
Outline

Request to Clerk

Lizzy Wickerson
v
Mike Duggan

- Sue Mike Duggan of that of Highland park police Department that
- of Ochand schulte were of the police man of 4-3-2000 of Plaintiff
- arrest of Dissordely of walked incell strike and hit to face of ochs
- and after ochs and schulte push to wall, of Highland park police
3 Department.
4
5 Good afternoon, The evidence has come to a close and the task
6 of deciding whose story you believe in your hands ladies and
7 gentleman I have presented my evidence as well as I
8 could despite the fact that I am clearly not At home Am
9 clearly not at home in the court Room like my talented opponet
- 2. you have heard lot of fact today and your are very Saimilar
- now with what happened to me as the Judge instructed you there
3 are four Breach Element I must prove to show Mike Duggan
4 was Breach contract first that she Owed a duty to me a contract
5 on a Public place unde the contract and follow the rule of the public
- Second that he negligent his duty by caused her causation carelessness
- directly harmed her that he failed to fullfilled carelessness contract
- Third my injuries was caused by his Condition of mobil of beering push Strik
hit to the Police Departmen I— hit and strike push me and to the wall
9999999999∞

4

kerxh
er
ch uezin

Nickerson

Request to Clerk 1

.kr Duggan

Notification Letter Letter

ere of Breach Contract of Highland park police Department
. were involved in an police disorderly of arrested of 4 April 20xa
Disorderly of Highland park police Department of officer assulted of
me of Ochs and schultz of that of the date 4 April 20xa. of
at Ochs and schultz walked In cell Ochs hit Plaintiff to the face
and of that Ochs and schultz push Plaintiff to wall of injuries
Plaintiss suffer Broke nose Busted Eye Head injuries of the office
push and strike Plaintiff to the face of the damage of please
provide me with the name and address of your Insurance
Carrier and soward this letter to it regarding coverage of
the accident of Exploded 42 of to resolve the dispute
Compensatory Damage

,

very truly yours
Dennos Nickerxn
maria wickerxn
Denos wickerxn

King Nickerson
Dennos Nickerson

1. 14334

2. Ded Mich 48214

3.

4. 8742 Parker

5.

6.

7.

8.

9.

10.

11. Wzzf Nickerson

12.

13. mike Duggan

14.

15.

16.

17.

Request to Clerk
written letter

Extensions with the
Court

18. of the breach Contract input sue of the complaint is that

19. this letter to plaintiss complaint of the 20-30 days of

20.

21. date were served of that of the Highland park police Depart

22. ment of officer injuries of Plaintiss of dissorderly of Highland

23. park police department of that to extension of additional

24. of time of additional Extension Sue of the 4-3 doxx

25.

26.

27.

28.

29.

30.

31.

32.

33.

34.

35.

36.

37.

38.

Kizzy Wilkerson
3742 Parker
Det Mich 48214

Kizzy Wilkerson
U
Mike Duggan

Written Letter
Complaint.

On Approximately 4, April 2012 at 1:30 pm plaintiss was of woodward Highland park police Department in the City of Michigan county wayne defendant Mike Duggan of Breach contract Breach refusal of the department of police department breach to seil us to sel gided Contract of condition of the department

As a result of defendant breach refusal plaintiss broke nose busted Eye Head injuries causing substain pain and Suffering.

Wherefore plaintiss prays for Judgement against defendant in the sum of 999999999 plus cost in interest

3 3242 parken

5 Det Mich 48214

6

7

8

9

10

11 Krezy NICKERSON

12

13 Mike Duyyan

14

15

16

17

Written Lette

Request to Court

18 breach contract breach srcp 42 os breach suiling

19 were os highland park police department os dissordely os Highland park police

20 department and os injuries os broke nose busted eye Head injuries os

21 4-3-20xx os as the written summon and complaint the department

22 os 4-3-20xx os All injuries os och schultz os injuries that upon

23 the police department with the result os the department highland park

24 police department with os the process were poor and not fairly

25 os that plaintiss suffer pain and suffer medical expens-e os

26 claim os that os the problem were os the conversation os Det mich

27 receiving Hospital os and police Report os that was my plaintiss os

28 police department Report os Evidence os and were to minor to

29 deal with you claim os that os the problem were os not my

30 sault os that os Detroit Receiving hospital broke nose busted eye

31 Head injuries compenstory os Damage and os summon compaint

32 to contract on 1-n 21 day os to arrange to Resolved os the

33 compenstory os 999999999 dollar os dollar ecess os more than £5

34 I dont hear from you I desire for patent os trademark and the court

35 os Detroit michegan state court or court os to

36 Regard Thank for attention and coperation Regarding this matter

37 enclosur If this Letter contains os the document othe then then

38 Letter Itself your Letter will include the word enclosure

Kizzy Nickerson
3764 Maxwell
Det Michigan

Court

Requests: —
36(A)(B)(C)  913,1 14·2·82  1·2·2611·250·1
Frcp 42·    300616 31 83·29 34 35 54·705 403·352· 403·38
7·1 8·9·10 14 15 17 19 20 23·2· Rul 26 27 28 30 32 33 34 36
38 40 45 46 54 55 56 57 58 60 64 68 71·1 71 79 82
written 2·4·5·6·7· 8 702-703 1101-1103

Kizzy Nickerson

U

Mike Duggan

Statment to court  letter 401-415 -501 562 701-706 601-615
35 45 701-1008  601-615 901-903 8,·
71· 71·1 77 73 82 85 86
67·24·72·33·83·88·

FrcP Cod 42 'breach contract, fail to syl sield
I was injured on at the highland park police department with defendant
Ochs and schultz of the after noon ·of April 4· 20xx in Highland Park
police Department · of michigan.

I were of Highland park vs shoping of that of Highland Park police
Department of woodward ·of Dissordely· of the arrest· of record
Highland park police Department I were of the police Department of
that Defendants throw and Hit Me to the face ·of then throw
me to the wall of the Department of the precent ·of that
the defendants left the cell

The night my headache and stiff neck· of the doctor of the
emergency room of the county center··I had seen the doctor of
they broke nose busted eye of injuries of they doctor told to
stay rest

I was in a lot of pain for the next day and I missed of
parts of birthdays in miomi of clos Uncle

Even now I still suffer occasional ·stiffness and sleep·disruptions

The medical Expense for my treatment were 6016 46
I have copies for you here of all· the medical bill and··I already
sent Email of to the defendant of Record· to the defendant insurance
company· but I already I also have copies here of for the defendants
Because of the defendants damage I endured serveral week ·of extreme
Pain and discomsort and I was forced· to miss uncle party ·of who I
Rare get to see your Honor· I beleive that ·fair Compensator for my injuries And

1 Kizzy Wickerson
2
3 3742 Puller
4
5 Det Mich 48419
6
7
8
9
10
11 Kizzy Wickerson
12 V
13 Mike Duggan
14
15
16
17
18 On Approximately 4, April 2xxx at 1:30 pm plaintiff was of wood waved
19
20 Highland park police Department in the City of Michigan county wayne
21 defendant Mike Duggan of Breach contract Breach refusal of the
22 department of police department breach to sell od to sell field
23
24 Contract of condition of the department
25
26 As a result of defendant breach refusal plaintiff broke
27 nose busted Eye Head injuries causing substain pain and
28
29 Suffering.
30
31 Wherefore plaintiff prays for Judgement against
32 defendant in the sum 9 999999999 plus cost and interest
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

request to court

written letter

complaint .

Proof of Service

Kizzy Nickerson
3784
Det michigann 48214

court
Request to court
written

Company Certisication letter

April 4 2000  Kizzy Nickerson 3764 maxwell Det Mich 48214.
Subject. Certisication Letter Respected Madam. I hereby
certisy that in Breach of agreement . I have submitted.
document of contract to assist me with. Summon.
I should accept the organic Related technical awd.
sinancial assistance through. the document summon
I shall produce of Assult of Injuries of the policemen
of Broken Nose nose Bush. eye. in other injuries and other
injuries of plaintiss

case I sail on my certisication in case of any compenstory
of certisication In case of any damage on my part
compenstion. the Risk of having damage caused. Thank you

Nezy Nicholson
Michigan Detroit 48214
3780 Parker

1 Nezy Nicholson
2 V
3 Mike Duggan
4
5
6
7

Request to court
Well Hen left

Subject matter Jurisdiction      Breach Contract
Letter

8 Plaintiff a Michigan Citizen was injured in a Highland par police Department
9 that caused by two police officer MR Ochs and MRS Schitz citizen
21 of DetroitMichigan. Mike Duggan are citize Detroit citizen Mike Duggan can Not
12 Sue in federal court because complete diversity does not
13
14 exit among all parties to the lawsuit
25 Mike Duggan however Stat court almost always have the
26 power and authority to hear cases that revolve around events
27
28 that occurred within its borders. In addition State court
29 generally have subject matter Jurisdiction in cases where
30
31
32 defendant are served or reside within the state border
33
34
35 Thus The position was improved but was still unsatisfactory for
36
37 two reason
38
39 I L the party who had to return the pre payment had received any
40 part of what he bargain for no matter how small eg. 4%. 10 of the
41 machinery in fibrosn there would be no total failure of
42 consideration attemp to deal with these difficulties led to
43 the enactment of the plea of contracting the plea of performance
44 the location of the subject matter of matter of contract the
45
46 domicile Residence Notionality I.E. new portion
47
48 The Law Reform (frustrated Contract act 1943 proximetely caus danger
49
50 mutual Obligations
51 Breach by the defendant (non performance Repudiction
52
53 breach fail to full field Contract

1
2 Det. Mich 48201
3
4 3242 parklar
5
6
7
8
9
10
11 Lizzy Nickerson
12 V
13 Smilec Duggan
14
15
16
17
18
19 The rebes that breach contract of compensatory damage
20 This is the most common breach of contract Remedy
21 when compensatory damage are award a contract pay
22 the of that of Highland park Police Department
23 9 of woodward of the Refusal of the officer of refusal
25 of that they walked in cell strike and Hit push
26 Plaintiff to evall of injures broke Nose basted eye
27 Head injures - that have to pay Compensatory damage
28 allowing to get the contract intended Restitution
29
30 when a court order restitution when a court order
31
32 that tell person that breached the contract
33 to pay punitive damage. This is a sad intended
34 to punish the breaching party and is usually
35
36 Reserved of coses compenstory
37
38
39
40

written Letter
Remedies request to court

service

proof of service

2 Kizzy Nickerson
4 3780 parker
5 Det mich 48214

6
7
8
9
10
11 Kizzy Nickerson
12 V
13 Mike Duggan
14

Court

Request to Court

Written Letter

Complaint statement of Jurisdiction
Breach contract

15 On April 4 2oxa United state Letter Patent NO. Trademark
16 was issued to the Plaintiss for an Compenstory of 999999999999
17 Highland Park police Department The plaintiss injuries of Highland park police
18 Department of Broke Nose Dusted eye Head injuries of the patent through all
19 of the defendant acts and still. The defendant has patent and is still
20 patent The Letter Trademark by making of push to wall and been Sit In Sec
21 embedy the patented ented damage and asalted of and the defen
22 dant will continue dollor Joined by this court The plaintiss has comp
23 with the statutory Requirement of plaintiss has compiled a Notice of the patent
24 of the Letter patent en all defendant writer Notice of the Compenstory 999999999999 of
breach contract
25 q therefore the plaintiss demands of the complaint Traded mark
breach contract
26 FRCP42
27 Plaintiss and of to Resolved this of the complaint patent
28
29 Sincerly
30 Your very truly
31
32
33
34
35
36
37
38
39
40
41
42
43
44

Kizzy Nickerson
_____
Plaintiss

Dennos ...

1 Kizzy Wilkerson
2
3 5792 Parvin
4
5 Det Mich 48217
6
7
8
9
10
                            Request · Le Court
                                      Written letter
11 Kizzy Wilkerson
12 V
                      breach   Contract
13 Mike Duggan
14
                      Compenstory damage
15
16
17
18
19 The defendant breach of Failed to fullfield the contract
20 2008  4-3-2—  of that of Uch and schult of injureyed plaintiff
21
22 of Push steik to well Hit te the face  of the officer Ochs and
23 schultz that of Hoghland park police department  of the relteal
24
25 to the subject matter o f the breach contract of the
26 other requirement to prove compensatory damage are Casantion
27
28 foreseeability , compenstatory damage · of the breach contract
29 of Compensutory · damage  to be dispute
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44

3742
Det michusoy

Kozy mcleren
mike Dueggan

Complaint Basic    written letto
Breach contract
Request to court

I'm of that of 4-3-20xx of that of my Illness of bypolar of 4-3-20xx
Radio schack of Highland park police departement of michigan of Detroit
that of been Diagnose of Depression of team mental of my Illness
of that nothing of that of 4-3-20xx of a mix of tabing of not of been
of med-medecin that nothing that were grom of the me not talon
meel of not been of A prooblem from 4-3-20xx that of highland
park MI of Detroit Michigan that of the property of the percent
of Highland park of Injuries of Brok nose Busted Eye Head injarie
and other injuries of 4-3-20xx of och and schultz of mike Duggan
of the property of Highland park police department owner
of 4-3-20xx I would of that of to great opportunity to
closcuss.
That
Enclosed my further detail I look forward speacking with you
to doscuss my of injures of Compard
Enclosure
The cove letter wher provided of compard of all injuried of
property of that of occar of Highland park police department
Insured of Damag 9999999999

Kizzy Nickerson
3764 maxwell
Det michig.

Proof of service

Kizzy Nickerson
v miker Durant
MIKE DUGGAN

Request to court

Written letter

Complaint Brief Letter

I have a complaint that I want to bring to your attention
It concern the quality at Highland Park Police Department and
can to resolve this. The particular Police Department Im writing
about is Located at woodward Highland Park. mi 14501 Of breach contract
Frcp 42 'breach of fail to full field'

Here the problem that I have had when I were of the
Highland Park Police Department. Of Ochs and schultz were of
Highland Park police Department of Plantiss off Dissordely that of
Och and schultz of refusal of of commisioner of that the
show a of the policeman walk me to cell of that then walked
into the cell of officers Ochs and schultz were of the
cell Ochs strik me in the face push tawall of och and
schultz were of the Emit. Of the Highland Park Police
Department of Injured of that of Evidence of Report paper of
Highland Park mi Police Department, medcail paper. Report and
of Photo of Coped of Highland Park Police Department that
of cell video and Busted eye of photo
techment as Exhibit A

merly
vy truly yours

1 Kizzy Nickerson
2 3742 Puritan
3 Det Mich 48214
4
5
6
7
8
9 Kizzy Nickerson
10 V
11 Mike Duggan
12
13
14
15
16 As Kizzy Nickerson of Plaintiff Kizzy Nickerson Attorney of the
17 Committee that drafted the Federal Rule of Civil Procedure 42
18 Kizzy Nickerson was a principal architect of the Rule of
19 Civil And leading proponent of the liberal ethos that
20 underlies them. His pessimism about procedural
21 reform therefore deserves attention. This article examines
22 the fact of the centerpiece of him new system
23 simpfied Pleading under Rule 8 (A) 2. Which require only
24 a short and plan statement of the claim. showing
25 that the Pleader is entitled to Relief. The rule
26 was designed to escape the complexities of
27 fact pleading under the code. Which had generated
28 Great confusion about how to allege, the required
29 Ultimate facts While avoiding forbidden conclusions
30 and mere evidence There were Pockets of Resistance
31 Against the new pleading Rule in the year after 1938 but in 1987
32 The supreme Court threw is weight decisively behind in new
33 feral ethos Corley v V Gibson Rb complaint should not be dissmissed
34 for failure to state a claim. unless it appears.

Kizzy Nickerson

Proto Service

Request to Court

Written letter

Factual.

Kizzy Nickerson

Brilue Duggna

1. As Kimos Nickerson of Plaintiff Kizzy Nickerson Attorney of the committee that Draft the Federal Rule of Civil Procedure 12 Kimos Nickerson was a principal architect of the rule of Civil And leading proponent of the liberal ethos that underlies them. His pessimism about procedural reform therefore deserves attention. This article examines the fact of the        of Kimos New system simplified Pleading under rule 8 (A) 2. which require only a short and plan statement of the claim. showing that the Pleader is entitled to Relief. The rule was designed to escape the complexities. of fact pleading under the code. which had generated great confusion about how to. allege. the required ultimate facts while avoiding forbidden conclusions and mere. evidence  There were pockets of Resistance against the New pleading Rule in the year after 1938 but in 1937 the Supreme Court. threw is weight decisively behind in new Feral ethos  Carley v v Gibson 100 complaint should not be dissmissed for failure to. State a claim. Unless it appears.

3712
3 Des michensve

Drees os
service

Request so Court
written cetter

Complaint statement of

Jurisdiction Breach Contract

Kizzy michensve
mine Dengrow

On April 4 2005 United Stat letter patent No. Trademark patent was issued to
the plaintiss for an compensory os 999999999 srepur breach contract. Highland
park police department. The plaintiss injueces os Highland park police department
os broke nose busted eye Head injueces os the patent through os the defendant
act. and Still. The defendant has patent throug and is still
patent the letter trade-mark. by making os push to will and
been Strik and tht embody the patent ented damage and asulfed
os and defendant will continue dollar joined by this court. The
plaintiss. The plaintiss has complaint. will continue dollar
that the statutory requirement os plaintiss has compled a notice
the letter patent on all defendant written notice os the patent
therefore the plaintiss demands os the compenstery 999999999
os plaintiss and os to resolued this os the complaint of the
above doccumant breach contract breach failed to breach contract full Sick
contract

sincerly
you very trenly

Kizzy Nickerson
3742 Parker
Det mich 48214

Kizzy Nickerson
3742 Parker
Det mich 48214

Proos OS
Service

Request to Court

Written Letter

Allegations Affirmative Answer Breach contract
Legal documen Disclosure agreement
affidavit · Answer letter Kizzy Nickerson
Pleading Complaint

Before the undersigned on this day of 1-7—2xxx I Kizzy Nickerson

Residing at 3742 Parker Detroit Michigan 48214 · Wayne County Certsy

that my monthle 1-9-2xxx Certify that I undertake the Statement

of Personal Knowledge of paragraph 23 - That is this information is

subject to validation by the court · that the statement is true

Breach failing Refusal of the police department

Witness

Please note that the content conted of this affirmative primarily

consists of Disclosure agreement affirmative Answer Letter

of Kizzy Nickerson Pleading · Complaint of Accession Conservation

Subpoena contract Breach agreement Certified Copy

Writing in written · filling of paper Contractual term in English law

United States wavier of a Promissory Note Memorandum Contract

Certificate of Summon Litigation Legal Release letter patent

Letter Close Page of testimony - Memorandum of agreement

term sheet

Kizzy Nickerson   11-7-14

11-07-14

MARIA B. MCPARTLIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Nov 28, 2015
ACTING IN COUNTY OF WAYNE

1 Kizzy Wickerson
2
3 3742 Parker
4
5 Det Mich 48214
6
7
8
9

Written letter

10
11 Kizzy Wickerson          Complaint prayer for relief Breach contract
12
13 Mike Duggan                             Request to court
14
15
16
17
18 breach contract frcp 42
19
20 and ask of money damage of sum 999999999. Compenstory and ask
21
22 0f April 4, 20—  Plaintiss Kizzy Wickerson were of precent Of Highland
23
24 park police/department and defendant Och Mike Duggan  Mrs Schultz
25
26 were of that osscer walked in cell strik and fit to face of
27
28 osscer och and of both push to wall of osscer injuxes of plaintiss
29
30 Broke nose busted eque Head injuxes
31
32 Defendant breach failent to fullfilled contract
33
34 of that walked into cell push strik and hit to face injuxes
35
36 of plaintiss
37
38 As A Result of defendant breach Plaintiss suffer loss of permantly
39 damag. and personel Injuxes that Required Hospitalzalicn Plaintiss
40
41 will Requirte additiona medical treat and will lose additional
42
43 income in the future Plaintiss was e were broke Head injuxes
44
45 and of busted Eque damge to resolve this dispurt of complaint
46
47 Compensbry
48
49 I declare under penalty of persury that allegations
50
51 am—sue in the complaint breach contract failed to fullfilled
52
53 contract

1 Kizzy Nickerson
2 3742 Parker
3
4 Det mich 48214
5
6
7
8
9
10
11 Kizzy Nickerson                    Writt lettr
12 V                          Damage
13 Mike Duggan
14
15
16
17
18 Assuiming. on proves a breach of contract what Remedy
19
20 Will the court grant The normal Measure of damage
21 Is the benefit of the bargain this mean . the court
22
23 Well seek to place the injuked party in the same
24
25 Position that party in the same
26 party would have been IS the breach had not
27
28 Occur of breach contrat Suil-to Sull field contract
29
30 Of that of Highland park police Department of 4-3-202
31
32 that of Disorderly of Office Och Schultz Mike Duggan
33
34 that of Broknose busted eye Head injuries of
35 Injures
36
37
38
39
40
41
42
43
44
45
46
47

Tracy Wickson
3742 Parker
Det MICH 48214

Kizzy Wickson                          Written Letter          Request to Comst

Mike Deeggaa    Relied statement    Claim Sought Letter

Breach contract Breach Suits Full sield contract
Under Division of Detroit Michigaw . General Law . I herby written
demand for Relies as in the . statue
the above of April 4. 200x of defendant damage . Jof
push to wall strike in the force . of Highland Park police (compenstory)
department of that the . official of Och . owd schultz
walked in the cell . of Plaintiff . of the police Department
of the injuries of broke nose busted eye Head injury .
and other injuries . act or practice is in my opinion
declared . law suit by

As a result of this . unfair or decepetive act or
Practice I suffered Juried of loss of permint ly damage
compenstory Breach contract Suit to full sield

Idicate = of permently damage Compenstory 9. 999999999

Enclose the within 14 days you failure to do could
to Subject to damage of IS decide to in .
Stitute action
Sincerly
very truly youre

1 Kizzy Nickerson

2 2015 of
Service

3 Det Michigan
4 B742 Maxwell
5
6
7
8
9
10
11 Kizzy Nickerson
12 U
13 Mike Duggan
14
15
16
17

Written letter

Desired relief          Request to court

18 On Approximate at 4, April at 1:30 2:30 pm while plaintiss was of main stre
19 at woodward and in the city of Detroit county of wayne defendant
20 Mike Duggan Regusal of Breach of failing to full field of the police
21
22 department for plaintiss and there by injuring plaintiss.
23
24 As a result of defendant breach Regustal plaintiss broke nose
25 busted Eye Head injures of Relies within the appropriate
26 jurisdiction of a court of equity and th ultimate object of
27 the plaintiss is obtain damage compenstory in such case and
28
29 that comper the at law in the plainss to undergo the demage
30
31
32 aloue the expense of a suit. is of damage. where the party
33
34 Seek. such Relies need the aid of a court of equity for
35 discover in a case which of trust. ship or agency but damage
36
37 compestory is of the court of equity for compenstory demage
38
39
40
41
42
43
44

Kizzy Nickers
3742 Riker
Det man

request to court

written letter
Existence
valid contract breach
Compaint

Kizzy Nickerson

mike Duggan

Dear Mike Duggan
you are hereby Notisied that as of 4-3-20xx of you are in
breach contract breach fail to fulField. Of Contract. Signed
On you faile tofulfilled to perform as Required by the
Contract Of Refusal condition breach you are in agreement
that you will. Of Document the written consent. Of
the employee during you employment and for a period
Of duration of -4-3-20xx following youre employment
and whatever, with or without cause or in breach contract
breach fail to fulfield agreement either independent
or in partneship with any person as mike Duggan
Canadian Stock exchange that does other than a share
holder listed in the united state or Canadian stock
exchange that exceed 5 percent of the list shares
or in other way whatever involv in or be Concern
with or interested in or consel provided money
to assurance the debt or compulsions Of

Kizzy Nickerson

Kizzy Nicholson
Det Nicholson
3780 Parker

Proof of Ser
proof os Service
Service

Request to Court
Written letter
request to clerk

Kizzy Nickerson
v
Mike Duggan

Claim for breach of Contract
Complaint Letter

4. April 20xx. were of dissordely of 1501 Highland park police department
of the defendant mike Duggan a contractor were build of
the department of 1501 police depar of Highland park police
of Michigan. as a addition of feets on top your
department of Highland park police Department 1501 woodward
of Highland park. I were of the 1501 police department of
dissordely of conduct of Radio schack of Highland park MI
of paying of a bill. of to Excerted out from Radio schack
of Ochs and schultz of the policeman to Eransportion
of Radio schack to Highland park police Department of assuted Refust
of the policeman of the injuries of Busted Loose Broke Eye

Head injuries of the policeman's Ochs and Schultz of 1501
Police Department Plaintiff injuries that Ochs push and strike to cau.
the face of Ochs after Ochs and schulte push of Kizzy Wickerson
to wall of the officers both push Plaintiff to wall of
Plaintiff injuries of 4-3-20xx the defined completion
stages of the. addition to be completion of the stages
of the department. were to hired of A completion of the
contractor. that were not of a completion of work
Mike Duggan had used sub standard materials which
had to be replaced including Replaced the substandard
materials end up that of 3days Extra than. I aticipated of
incarion of Highland park police Department of compensatory
of 999999999

The fact for the elements of binding agreement
That show no there were binding agreement

Kinny Nickerson

Kerry Wickerson
Det michigan 48814
378 Parker

Request to Mark written letter  Request to Court

Desired Relief letter
complaint Breach contracter claims

4. April 3 of 1:30 2:30pm of 1501 Highland park MI woodward Highland park michigan pdice Department. of the defendant. Mike Duggan .a contractor wen of build. 1501 Highland park police Department as A additional of building breach puts first to be onto the department I were of My Plaintiff of Dissorderly of conduct of breach of contract field on 8th Radio schack. of Highland .park michigan of ochs and schultz of 4-3-××. of paying a bill. of the transportation of Radio schack in cell to 1501 Highland park police department of that ochs walk in cell striking My Plaintiff in the and of officer schultz. Ochs walk in cell striking My Plaintiff in the face after the two officer schultz Ochs push Plaintiff to wall injuried ed as result My Plaintiff Busted eye nose Broke Head injuryed / of 4-3-×× of that the additional of the building that of 1501 Highland park police Department. Plaintiff seek to entitled to relief or a remedy compensatory damage aim to put non-breaching contract party in the position that they had been If the breach had not occured

Damage.
The remedy that is most often used for a breach of contract is the remedy of damages. payment in one form or another, made by the breaching party to the non breach party. There are many kind of damage and generally speaking damage may be very specific to the kind of damage and generally damage be very specific to the kind of breach that has occurred following are some guidelines on damage

Kizzy Nickerson
33742 Parker
4bet Michigan

Request to collect
written

Complaint Fiduciaries corporati Letter

Kizzy Nickerson
U
mike Duggan

Under Detroit Michigan Law or director of a corporation
generally owe a fiduciary duty to the corporation

Kizzy Nickerson U mike Duggan an additionally in Detroit Michigan
Law individual may owe a fiduciary duty to the coroparation
if he is considered to be a officer with authority for authority
such signing returning offering input

Respect to the company formation and operation
or manaiging the company Kizzy Nickerson U mike Duggan

Detroit Michigan Statue also codify this obligation. Requires
a coroparate commissioner to dicharge his or her duties as a
commissioner

1. In good faith

2 In a manner he reasonably believe to be
In interest of the corporation

of the above document of 4-3-2 of Requisites the police department
of Highland Park Police department of Och and Schutte of Poice Department

Kizzy Nickerson
3780 Parker
Det Mich 4824

Kizzy Wickerson
Mike Duggan

Request to Court
Written Letter

Complaint Demanded Letter

breach contract negligent FRCP42 of breach failing
WERE of Highland Park Police Department of dissordely of Highland Par
lic police Department of and of injuries of Broke Nose Busted Eye
Had Injuries of 4-3-20xx of as per our written summon and complaint
the Department of 4-3-20xx of ALL Injuries of OCH schultz of
3-20xx of the injuries of plaintiss of medical expense of damage of
juries that upon the police Department with the Result of the department
Highland Park police Department with of the process were poor and not
irly of that Plaintiff suffer pain and suffer medcal expense of claim of
at of the problem were of the conversation of Detroit Receiving Hospital of
at and police Report of that was my Plaintiff fault of police Department
Report of Evidence of and were to minor to deal with you wet care claim
the problem was myself I'm sorry but I were of Detroit Reciving Hospital
Broke Nose busted eye Headinjuries Compensatory of Damage And of
mon complaint to contact me in 21days of to arrange to resolv
is of the Compensatory of $99999999999 dollar os dollar ecess of 75,000 of
5000 more than If I don't Hear From You I desire for patent Of Trademark
it of the court of Detroit michigan std court or court of to
resolve.
Regard. Thank for Attention, and cooperation Regarding this matter

Enclosure If this letter contains other documents other then then
letter Itself your letter will include the woed enclosure

Kizzy Nickerson
Plaintiss
Nicksen
Lawter

1 Kizzy Nickerson
2 3780 Parker
3 Det Mich 48214
4
5
6 Lawyer Dennis Nickerson
7 3742 Parker
8 Det Mich 48214
9
10
11 Kizzy Nickerson
12 Mike Duggan
13
14
15

Notice Of Service
Proof of service

Verify      request to court
written       written

Venue Letter Complaint

16 breach Contract
17 Kizzy Nickerson a Detroit Citizen sue Mike Duggan of the arrested of
18 43-13 Mike Duggan (also a Detroit Citizen) for the _____ of her
19
20 Civil right of by falsely arrested her. Kizzy Nickerson base the suit
21 disorderly
22 on a federal statue 42. United State Code sec 1983, and
23 ask of damage of 9999999999 A North Carolina federal court has the
24
25 power to Kizzy Nickerson Since the case is based on (varies under)
26
27 A federal statue the North Carolina federal court has jurisdiction.
28 even though Kizzy Nickerson and Mike Duggan are citizen of the same
29
30 state and Kizzy Nickerson seeks exceed more than $75,000. Alternatively
31
32 Kizzy Nickerson could file the lawsuit in North Carolina state court
33 which would have power to hear the case because the arrest.
34
35 occured in Detroit and Mike Duggan and Kizzy Nickerson live
36
37 there. The state court has concurrent jurisdiction with the
38 federal court and enforces the federal law as it would
39 a state law. Kizzy Nickerson could go forum shopping between
40
41 state court
42 to resolve and this dispute of this complaint Letter
43
44 sincerly breach Contract fail to Sulfield contract
45 very truly yours
46
47
48
49

1. Lawyer Dennis Nickerson
2. 742 Parker
3. Det Mich 48214
4.
5.
6. Kizzy Nickerson
7.
8. Mike Duggan
9.
10.
11.
12.
13.
14.

Request to Court
                written
Venue Letter Complaint

15. Kizzy Nickerson a Detroit Citizen sue Mike Duggan of the arrested of
16-18 Mike Duggan (also a Detroit Citizen) for the ~~~~~~ of his breach contract
19. in a federal statue 42. United State Code Sec 1983, and arrested of
20.
23. ask of damage of 999999999999 ~ A North Carolina federal court has the
24.
25. power to Kizzy Nickerson since the case is based on (aries under)
26. federal statue the North Carolina federal court has jurisdiction.
27. even though Kizzy Nickerson and Mike Duggan are citizen of the same
29. state and Kizzy Nickerson seeks excess more then $75,000. Alternatively who
30.
31. Kizzy Nickerson could file the lawsuit in North Carolina State court
32. which would have power to hear the case because the arrest.
33. occured in Detroit and Mike Duggan and Kizzy Nickerson live
34. here. The State court has concurrent jurisdiction with the
35. federal court and enforces the federal law as it would
36. State law. Kizzy Nickerson could go forum shopping between
37. state court
38.
39. resolve and this dispute of this complain letter
41.
41. truly yours

Kizzy Nickerson
3712 Parker
Des mich 48214

Kizzy Nickerson
Mike Duggan

Request to Court   written Letter

Complaint fiduciaries Corporati Breach Contract

Under Detroit michigan. Law. or director of corporation generally owe a fidiciary duty to the corporation Kizzy nickerson v. mike Duggan an Individual may owe a fiduciary in Detroit michigan. An Individual may owe a fiduciary in Detroit Michigan as a fidiciary duty to the Corporation if he is Considered to be a officer, with authority for authority for Authority Such saying Returning officering in put Respect to the company information and operation or managing the company. Kizzy Nickerson U. mike Duggan.

Detroit. Michigan Statue also Codify this Obligation Requires a comission a corporate comissione to discharge his or her duties as a. commission of Refusal of the Police Department of Highland Park of Plaintiss injuries
  • Officer Breach Contract Suit to Enfield
    If good faith
  • In a manner he Reasonably believe to be In interest of the coroparation

3742

4 Det mich 48214

5
6
7
8
9
10
11 Kizzy Nickerson
12 U
13 Mike Dugg
14
15
16
17
18

Request to Court

Written letter

Remedies

18 The relief for the breach contract of compensatory damage
19 This is the most common breach of contract remedies when
21 compensatory damage are award a contract to pay the of shut
23 of Highland park police department. of woodward of the refusal
24
25 of the officer. of breach refusal of that they walked in cell
26 Strike hit push plaintiff to wall of injuries broke nose
27 busted eye Head injuries that have to pay compensatory
28
29 damag.allowing to get the contract intended Restitution
30 in when a court order Restitution when a court order
31 that tell person that breached the contract to
32 pay punitive damage this is a sum intended compenstory
33
34 to punish the breach party and is usually
35
36 reserved SUE cases breach contract breach fail to fulfield
37
38
39
40
41
42

Page 60 088
OS Scrutee

1
2 Kizzy Nickerson
3 3780 Parker
4 Det Michigan
5
6
7
8
9
10
11
12

Request to court

written letter

General · Allegation

13
14
15
16
17 Plaintiff Kizzy Nickerson   was at relevant times a resident
18 of the country of United State  . A Resident Of the United Stars
19
20 2. Plaintiff Kizzy Nickerson   was is and a of the
21
22 country United State  .
23
24 3. Plaintiff Kizzy Nickerson Inc : Nickerson was in · is a corporation
25
26 of the l United State
27 organized and existing under the low of the State
28 of United state · of Detroit conducting business in Detroit
29 City  with its principal office in · Wayne County
30
31 Michigan
32 4. Plaintiff · are informed and believe and based on
33 such information and belief allege that Defendant
34
35 Mike Duggan  was in a Resident of the county of
36
37 the United State of (D)etroit · MICHIGAN
38 The true name and capacities · whether individual
39 corporate associate or otherwise · Of Defendant Mike Dugg
40
41
42 1. through 1000 inclusive are unknown to Plaintiff · at the present
43 time Plaintiff therefore sue said Defendant by this
44 complaint to set forth the true .
45
46

Kizzy Nickerson

33760 Parker

het Michigan 48214

Proof of Service

Kizzy Nickerson

v

Mike Duggan

Request to Court

written lett

Complaint General Release of linbility Letter

I Kizzy Nickerson of citizen of Detroit michigan in Consideration of being at Detroit Receiving Hospital the receipt and suffering which hereby release claim and forever discharge and hold harmless Highland park police Department its successors administrators employee agent and vendors Mike Duggan, an individual Residing in Highland park Michigan her assigns agent executors administrators State and heris collect Mike Duggan wheather organgticium in the United State or for any and all liability including but unlinited direct indirect special consequential or liquidated claims the result in the action of the parties name her ein or any third partic of any from all and all manner of action and action cause and caus of action suit sum of money owed as a result of A Judgement contracts agreements promis damage judgem executions, claim and demands whatover in law or in equi that of Kizzy Nickerson against Mike Duggan ever had now have for which heirs executors, or administrator an shall or may have for upon or by reason of any matter cause or thing. whatover from the begenning of the day of these present Right against parties not named herein are reserued

proof-off
Service
Request
to
Court

6. Defendant and that employee each of them were of employee of each of the other Defendant herein and were at all time acting within the course and scope of such and employee once with the premission and consent of each of said Defendant

7. Plaintiff are informed and believe and upon such information and belief allege that each of the Defendant including 1 through 100 inclusive were at all time herein mentioned acting in correct with and in with each and every one of the employee

8. Where offering in the complaint each and every reference to Defendant and to any of them is intended to be and shall be a reference to All defendant thereto and to Each of them named and unnamed including all fictitiously name Defendant unless said reference is otherwise specifically qualified.

1 Dea michigan
2
3 3764 mcdwell
4
5
6
7
8
9
10

11
12 Lizzy Nickerson
13 v
14 Mike Duggan
15
16
17
18
19

First cause of action

Request to Clerk
court

written
Letter

20 Plaintiss incorporate by reference the allegation of
21 parageph 1 throughst as though fully set forth herin
22
23
24 32
25 As a directors and/or officer of the company each Defendan
26 owe fiduciary duties of core toyalty and good faith
27 to the company precent including Defendant fiducary
28 duties include obligation to exercise good bassiness
29 Judgement to act prudently in the opreaction of the
30 companys busines to discharge their action in good faith
31 to act interest of the company and its precent and
32
33 to put interest before their own
34
35
36 Defendent breached their fiducary duta of care and
37 loyalty and good faith by among other thing
38 intenionally Disordely violation federal securities low tnan
39 Attempt to approve to approved the issue themselves
40 aditional equity in the company management and
41 Bember
42
43 resolve this dispute of complaint
44
45 reanday
46 ry truly youks

1
2 Plaintiff Kizzy Nickerson. Re-Alleges and reincorporates each
3 and every allegation contained in the Generall.
4 Allegations and all previous paragraph of all previous
5 cause of action this Complaint inclusive as they Full
6 set forth herein.
7
8
9 22. The consideration set forth in the settlement
10 Agreement was fully and fairly bargained for
11 and reflected the fair and Reasonable value of the
12 performance by Defendant Mike Duggan i.e his taking
13 any step necessary to fully and completely transfer
14 all aspects of business of ~~Highland Park~~ to ~~breath~~
15 and to release and transfer all ~~department~~ Highland Park
16 Police Department Right under the ~~Highland Park A~~
17 Highland Park Police Department agreement. at the time
18 the settlement Agreement was entered into and
19 the settlement Agreement was and is as to Defendant
20 Mike Duggan Just and Reasonable
21
22 23. Plaintiff ~~Kizzy Nickerson~~ has fully performed all
23 conditions covenants and promis to be performed of the
24 part of Plaintiff ~~Kizzy Nickerson~~ under the settlement Agreement
25 24. The act completely transferring all aspects of the
26 business of ~~Highland Park Police Department~~ of the business of
27 to ~~Deadra~~ Kim Nickerson and Release and transfer all
28 Highland Park Police Department Rights under the Highland Park
29 Police Department 1501 woodward Agreement Defendant Defendant Highland
30 Agreements was entered into and the settlement Agreement
31 was and is as to Defendant Mike Duggan

1
2 Kizzy Nickerson                                                    Proof of Ser
3 3280 parker                                                          Proof of
4 Det Michless24                                                          Serve
5
6
7
8
9
10
11 Kizzy Nickerson
12 U
13 Mike Duggan
14
15

Written letter request to Clocket
                                      Co

Recite desired Contract Breach
                    Complaint

16 Were of the Highland park police Department of 4-3-2000 that of Mike Duggan
17 of the contract of Breach contract that of Highland parker police Department
18 that of injuries of the policeman of Ochs and Schultz of Broke
19
20 Nose Busted Eye that push and strike and Hit of Och and push
21 and to the wall of Och and schultz that of the injuries that
22
23 of Highland park police Department 1501 Highland park MI. Disorderly
24 of Radio schock of Ecorted of Och and schultz. Of paying of
25
26 bill that of transportion of to the police Department
27
28
29 of Injuries of 4-3-2000 breach content breach fail to full field
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49

Kizzy Nickerson

3 Kizzy Nickerson
4 3780 Parker
5 Det mich

6
7
8
9
10
11 Kizzy Nickerson
12 √
13 Mike Duggan

Welliken letter    Request to Court

Recite desired Result Breach
complaint

14
15
16
17 December 5 20xx
18
19  Mike Duggan residing at 2 woodward 1126 suit Detroit Michigan
20  4820 herby Insured Plaintiss defendant mike Duggan the
21  Sum os 99999999 Desendant signed a promissor note
22  (a copy os which attached as Exhibit A Agreeing to
23  the amount in its entirety to Plaintiss. The money will plus
24
25  be used os paying os Surgey and Doctor Perposed os for Surger
26  to Kizzy Nickerson 3780 Parker Detroit Michigan
27  The first payment in the amount of 99999999. must be
28  payed by Febuary 10. 20xx and os the same date until
29
30  the full amount is paid which mean no later then
31
32  Febuary 10 20xx 1
33
34  Is I miss the payment late for payment 0.05. Interest
35
36  will be added on the already agreed-upon interest
37.
38  Is Sailed to pay Sum 99999999% by the agreed upon
39
40  date Kizzy Nickerson will be entitled to 1% Interest each
41  month an a additoncl

42 If Unable to pay the dn interest or the sum Kizzy Nickers
43  will be

the Attorney I am aware of the Right to be
Informed that the note can be transferred by the
lender to another party The orginal item and agreement
ment will remains effective but the debt will be pay
able to a different party which will be agreed upon
at the time of transfer

Thank you for cooperation

Signare Dennos Nickerson

Dennos Nickerson Kim
3742 Parker
Det Mich 48214

Name address of Party or Attorney

Kizzy Nickerson

Det mich 48214

8780 Parker

State Bar No:

attorney for Breach contract

Kim Nickerson for Kizzy Nickerson
Plaintiff

Mike Duggan

Request Docket
written Letter

Verif Complaint
under penalty
Perjury

PEGGY ANN JACKSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Mar 22, 2018
...ING IN COUNTY OF

Peggy Ann Jackson
12-24-14

Plaintiff complaint and for cause of action alleges as follow

First Cause of action

for Breach of contract against Mike Duggan

Defendant Mike, Duggan is and at all times herein mentioned was Highland Polic
Resident 150 Highland of the city of Detroit County of wayne State of Michigan

Defendant mike Duggan is mayor and at all times herein mentioned
was Highland pol Police corporation organized and existing under the laws
of the State Michigan with principle offices located at 1501 Highland poli
Police Departme
in the city of Detroit County of wayne

Plaintiff Kizzy Nickers is Plaintiff of the true name and
Capacities of defendant sued herein as Duggan mike through X inclusive
and therefore sues Mike Duggan these defendants

by such fictitious name Plaintiff Kizzy Nickers will amend this complaint to
allege their true names and Capacities ascertained

Plaintiff Kizzy Nickerson Plaintiff informed and believes Mike Duggan and thereon
alleges broke nose Busted eye Head injuries that at all times herein mentioned each of
the defendant and was at all time acting Kizzy Nickers

been forced to secure the service of the legal firm
of the Law offices of.

equitable relief to secure
request
to
clerk

Wherefore plaintiff ~~Gary Nelson~~ pray compensatory judgement against
defendant ~~Mike Dugger~~ and each of them, as follow

For compensatory damages in the sum of $ 99999999999

for interest of the sum of 99999999999 from and after
4-3-200x is 4.3.200x to date of. Judgement

For. reasonable Attorney fee according to proof

for costs of suit herein incurred, and

for such other and further relief.

Verification

I ~~Gary Nelson~~ am a ~~Plaintiff~~ in the above-entitled action

I have read the foregoing ~~Breach contract~~ and know the contents

thereof. The same is true of my own knowledge

except as to those matter which are therein alleged

on information and belief and as to those matters

I believe it to be true

I declare under penalty of perjury that the foregoing

sued herein was the agent and employer of each of the sued of remaining defendants and was at all times acting within scope the purpose and scope of such agency and employment request court

On or about 1:30 ___ 19 2:30 ___ in the City of Detroit state of Michigan Plaintiss and defendant entered into a written agreement, a copy of which is attached hereto as Exhibit A and made a party hereof. By the term of said written agreement Breach Contract

The consideration set forth in the agreement was the fair and reasonable

Plaintiss has performed all condition, covenants, and promises Required by him on his part to be performed in accordance with the term and conditions of the contract

On or about 1:30 ___ 19 2:30 ___ the defendant Mike Duggan breach the said agreement by refusal

By reason of defendant Mike Duggan breach of said contract as herein alleged, the Plaintiss Kizzy Nickerson has 4-3-2011 suffered compensatory in the sum of 999999999994

By the term of said written agreement the Plaintiff is entitled to recover reasonable attorney fee incurred in the enforcement of the provisions of the agreement, By reason of the aforementioned breach of the defendant the Plaintiss has

51. Defendant refused to pay and continues to since refuse to pay .99999999999 that is due and owing under the terms of the complain of Breach contract request to Clair court

Kizzy Nickerson
3780 Parker
Det Michigan

Kizzy Nickerson

Mike Duggan

Request to Court

Failure to Execute written Letter
Performance

mere delay in performing a contract is not a material breach
unless the delay is such as to warrant the conclusion
that the party does not intend to perform. Kizzy Nickerson
Mike Duggan Cal Ap Code Frcp 42. eight day delay in Plaintiff
receipt of Insurance proceed after signing release
form was not such a material breach as to give
Plaintiff release

Delay in performance is a material failure of considern+
only if time of the Release --

S prompt performance is by the express language
the contract or by its very nature a vital matter time
of the essence of the contract and a delay in performance
a material failure of consideration mike Duggan
Kizzy Nickerson. Cap Frcp 42...

time is not of the essence unless it is clearly appears
from the term of the contract or in light of all circumstance
that this was the intention of the parties. However no specific
word are necessary to make time of the essence.
Kizzy Nickerson V Mike Duggan.

1  Complete failur of Consideration existed when the defendant
2  who promised to construct on aprocess of the highland park
3  police department 1501 woodward and Appliencnce all materials
4  and labor free and clear of lien in ande for in mechenics lien
5  prior to completion and the completion Of construct

6

7                              Release

8  Where of a sign of a Release in connection with on insurance
9  Settlement the lapse of 14 day of days between signing the Release
10 and Receiving the constitute failure of Consideration
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43