Willful failure to perform request to cure/process postpone

A willful default may be material even though the innocent party suffer no economic loss. Kizzy Wickerson v Mike Duggan cal wpp code 42 frcp. owner was justified in recinding exclus Misting agreement where broker did not proceed away. Prospective buyer made only efforts to advertise property Kizzy wickerson v mike Duggan. eal app code 42 frcp. facts that the seller might have sold its product elsewhere did not dimish the materiality of buyer failure to purchase its requirement from seller

Plaintiff failure to correct mike Duggan on defendants. of the police Department after receiving video notic of summon to correct of problem was wilful, and intentional and therefore a material breach that justified defendant recission of the correct Bonadelle construction. Kizzy Wickerson v Mike Duggan. cial. code frcp 42

3

Prayer

Proof of Service

Request to Court

Wherefore Plaintiff individually and collectively prays as follow with Regard to each of the above cause of action which may be asserted by the one or more of the.

as to the first cause of action

1 for general and specific damage according to proof af th time of trial.

2. for Attorney fee costs according proof

3. for interest as allowed by law and

4. for costs of suit herein

as second cause of action

for specific performance directing Defendant Mikita promptly execute such reasonable document and strument and promptly such reasonable acts as may be required to fully and completely transfer all spect of the business of Highland Pur le police Department to ~~Danoes~~ Kim Wickeern and to Release and Transfer Highland park police Department right under the agreement.

for Attorney fee and costs according to proof

for interest as allowed by law and

for cost of suit herin.

Of ~~second~~ Third cause of action

4

Kizzy Nickerson
3280 Parker
Det Michigan

Proof of service
Judge

Request to Court

Written Material breach
Letter

Kizzy Nickerson

Mike Duggan

It has come to the attention of Mike Duggan that Kizzy Nickerson
has declared the intent to file for bankruptcy and is no longer
able to fulfill its Obligation under the contract and has breached
its Representations and warranties pursuant to agreement
pursuant to frcp 42 of the agreement of 21 days to such material
breach by other form of Mike Duggan in such on amount set
forth in the agreement that must be payable to Kizzy Nickerson
upon Completion that of Highland park police Department of
the condition of the Department of Mobil & Extra building of the
Condition of 1501 Highland park police department of Detroit
therof Under frcp 42 code pleading fail to fulfield Condition of such material
breach in the manner set forth above within the 21 days of Receipt
of written notice breach contract breach seiled to fulfield

Kizzy Nickerson
plaintiff SS

Demos Nickerson
defendant

Kizzy Nickerson
3742 parker
Det mich 48214

Lizzy Nickerson
v
mike Dugern

Request to Clerk
Request to CLERK

Written Letter
fact
Request Response Admissible

Request written document interrogatories deposition written answer deposition Request
on approximately 4. April 20xx at 1:30 · 2:30pm While plaintiff
Main woodward of Highland Park police department in the city of Detroit
County of wayne defendant mike Dugann of refusal of the highland
Park police department negligent failing of refusal for plaintiff
and thereby injuring plaintiff broke nose bustedeye Head injuries
Causin substantial pain. Fact because I do not have Sufficie
information to do so . neither deny. the Request Suit because
assidavits plaintiss Request Statmen os deposition interogab
Judgement proof Im request full document for the above
case including. The ground truth document the full witness
List All sworn · affidavits All other evidence to be used
by the prosecutionse I cant guranteed that this will avoid
the problem my less specifict but still · Really legaly Hind
ing Request object of request this Request in a least 14
day · before trial. introduce to the jury at trial and/or
Request by defendant failure to provide Requested
document the trial . Plain written discover of who work
of this construction Site provide materiale to the
Job or witness to the incident the plaintiff was
injured in Hospital end a couple day of incident
and may not know all the work contractors a sub
Contractor who work on this job site before after.
9 serious injuries sinal Request for interrogatories deposition

1 Kizzy Nickerson
2 Det mkh 4824
3
4 3742 Parker
5
6
7
8                                    Request to court
9                          written letter
10
11 Kizzy Nickerson          Duty of Care
12 V
13 Mike Duggan
14
15
16
17
18 that of Radio shuck of dissordely .of Kizzy Nickerson of 4-3-2000 of paying
19 of bill of that been of dissordely of Highland park police department of
20 schultze and Cch of Refusal of highland park police department
21 of injuryed of brake nose busted Eye Head Injuryed .of officer walking
22 In Cell of Kizzy Nickerson .suffer injurie of Duty of Care .The of
23 care for the principle that direction and officer of a corporation
24 in making all decivision in capacities as corporate fiduciaries
25 must will act with out the same mannver as a reasonable prudent
26 act without personal economic conflict. The of and can
27 be bleuched either .by making is intereted transactions
28 or taking a corporate .artunity
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

1. Kizzy Nickerson
2. Det math 48214
3. 3742 Parker
4
5
6
7
8
9. Kizzy Nickerson
10
11. mike Duggan
12
13
14
15
16. A contract contains Offer-Acceptance and Remuneration (consideration)
17. Here in this issue all the three have take place. The company
18. have spent on advertisement or consultancy or any other
19. money on offering the candidate After all having conversations
20. with the candidate. company have selected him to hire offer
21. Letter with the term. whatever may be has been. mailed
22. to the candidate and got accepted in return mail. Here
23. It is final that the candidate. has mailed the consent.
24. Immediately the company have paid to the related parties
25. Here On breach of contract the company can claim damages
26. as per Section 73 on the Indian Contract act. The company
27. can provided a bill of consultancy or a Real Advet. in this
28. Regard which is the enough proof of spending money toward
29. his sellection. But this will have multi facited arguments
30. in court of law
31. Sr Super Visor Legal

Request to Court
Written
Offer Letter

Proof of Service
Request to
Court

1 Tony McLaren
2
3 3280 Parker
4 Det michigan
5
6
7
8
9
10
11 Izzy Wilcoxon
12 U
13 Mike Duggan
14
15
16
17
18
19
20 That of A all Video of Highland park police Department
21 Of that of been of About of the Highland park police Department
22 that a video of Plaintiff of Dissorder date 4-3-xx that of Ochs
23 and policeman Schultz werE of the Highland park police Department
24 that occur of 1501 Highland park police Department of Plaintiff
25 Injuries the Highland park police Department of ask of Video
26 of the department of Kimxxx Wickerxn. that they warn't willing
27
28 of the fact that of of the date of the incindent that
29
30 might been of to rater of the dad of ask to have of
31 Video of Highland park police Department if performing act
32
33 of 4-3-xx. of Ochs and Schultz that is legally entitled
34 to perform, of the Plaintiff and The police officer of
35
36 Ochs and Schultz of Highland park police Department
37 of the constitutes Consideration under the enforceAble
38 factor approach of Police department
39
40
41
42
43
44
45
46

Written Request to Court
Consideration Letter

1 Kizzy Nickerson
2 3280 Parker
3 Det Michigan 48214
4
5
6
7
8
9
10

Request to Court with

Contract Acceptance Letter Breach
Complaint

11 Kizzy Nickerson
12 V
13 Mike Duggan
14
15
16 Subject Contract Acceptance Letter
17 Dear Mike Duggan

Acceptance

18 1. I am writing this letter great pleasure to inform on behalf of the
19
20 management of Suthee Group of Building that the company has
21 accepted to enter in a fellideo of the Highland park police Department
22
23 of 4-3-2020 of Plaintiff Kizzy Nickerson arrested of Dissordelly Michigan
24 of the officer Uchs and schultz. of 1501 wood wared of Detroit Michigan
25 that of the Sulvelance of the Securily of Commerce of the
26 Precens of Highland park nig that of as of that would like
27 to remind you the term we have discussed our last meeting
28 that of Highland park police Department of was Responsible for
29
30 the video of the building. The complete details of the breach
31 contract are Conditions of the important business, police
32
33 Your goodwill in the police Department. is based of the
34 Contract of Highland Police Department. Video are not only
35 free of getting a copy of Video of you suveillance sercurity
36 of. any legal charge but also full of achievements
37
38 future. full faith in contract and hopefull that
39 You will not disappoint us
40
41 Thanking you to. Anticipation of your encourage Response
42 with best Contract and regards
42

Kizzy Nickerson
8242 Ruller
Det Mich 48204

Kizzy Nickerson

V

Mike Duggan

Request to Court
Written letter

Complaint Constructive

The Leading case Kizzy Nickerson V Mike Duggan state
the employee must prove that the employee
conduct to terminate the relationship This Requires
an examination of the employee has discharged stat mind
has discharged
(A subject tolerance the employee has discharged
the burden proof to the employee to show that
the employee response was unlawful object
in order conduct of the employee be of such
a nature to have Reasonably produced a decision
by an employee to quit

The following are constitute constructive
after of Employment
• An unlawful instruction by superiors that
• forced Resination by their employee
at the workplace

Sincerly
Very truly your

1 Kizzy Nickerson

2 8780 Parker

3 Det mich 48214

4

5

6

7

8

9

10

11 Kizzy Nickerson

2 U

13 Officer Duggan

14

15

16

17

18 Were of the Highland Park Police Department of Disorderly of that of 4-3-2000

19 the arrested at Radio schack of paying a bill of Kizzy Nickerson of that of

20 Excorted of Police of highland park police Department of Officer Ochs

21 and schultz that transportion to Highland Park police Department isoc

22 woodward that of A refusal of the office and of Excorted to

23 the cell of Och and schulte were of walking in the dell

24 of Kizzy Nickerson that of 4-3-20ma the injured Plaintist

25 of Broke nose Busted eye Headinjuries of being stelize

26 and Hit to the face of policeman ochs and of Ochs and

27

28 schultz of push Plaintist to woll of ther injures

31 of to establishing your injures of the terms of

32

33 medical Causation case by casusation determin in compenstory

34 Please be advise that this and that injury was

35 sustain in the course and scope of employment

36 Enclose.

37 of that of document are co breach contract breach failed

38

39 to fullfield contract

40

41

42

Kizzy Nickerson
Plaintiss
Demands Nickerson

1 Kizzy McKisSick
2
3 3242 Parker
4 Det mich 48214
5
6
7
8
9
10
11 Kizzy McKisSick
12 U
13 Mike Duggan
14
15
16
17

OS
Service
Request
to
check out
Court

written letter

Trade mark

18 we have recently discovered that your business is using
19 the mark mark/domain for you service or product we believe
20
21 your use infringes on our ownership of the
22
23 registered trademark/domain mark we learned of
24 your use of the same or similar mark/domain mark on
25
26 date, we discovered your use of the mark explain
27
28 discovery of infringement
29 we believe we have the exclusive right to use this
30 trade mark
31 of that of breach contract FRCP 42 of that of Highland park police
32 department of officer Ochs and schultz of Respect of the department
33 of that injuries of Plaintiss broke nose Buried/nose Head injuries
34 of Permently damge of Plaintiss
35
36
37
38
39
40
41

Kizzy Nicholson

3742 Parker

Det michu 8214

Request to Court

Court

Kizzy Nicholson          Patent    Written Letter

O

index Program

Department granted by the government to convey a Right to

the patent as a patent for a tract of land or to

Secure to him a Right which he a already posesses esses

as a patent for a new invention or discovery Letter

patent are a matter of record, they are so called

because they are not sealed up but are granted

patent

of that of Highland Park police department of 4-3-2000

of Officer walked in cell of Och and schuttz of injuries of

plaintiss broke nose Busted eye Head injurie of From policeman

of Resusal of the police department

Breach

to fulfiel

Kizzy Nickerson
3280 Parker
Det michigan

proof of servin

Request to Court

Written Letter

Complaint I E Contract Breach
Letter

Kizzy Nickerson
V
Mike Duggan

On date 4-3-2000 I were of Highland park police department
of dissorderly of service of received of Ochs and schultz
at 1501 Highland park polce Department of Detroot Michigan
I were of unsatisfactory because Log the two officer of Highland
park police Department of Ochs and schultz were that of radio
check that of paying off A bill of that they had insistented
by Ochs and schultz of the police Department that Plaintiff
were of arrest of been of transportion of Highland park police
Department that the process were refusal of that Plain
were sent to back of the cell of Escort of Ochs andschy
that of Och and schultz walked in cell Ochs of the officer
strike and Hit Plaintiff to the face of Och and schultz
had of push after been of Ochs steik Hit to plaintiff
of schultz and ochs push in injuries of plaintiff
to wall of injuries that were of that Refusal of officer.
To resolve the problem I would like you to
be resolved of compensory of dames and of Explanation

proof of service

Request to Check

Kizzy Nickerson
3780 Parkers
Det michigan 48241

Kizzy Nickerson

Request to Correcl

mike Duggan

written
Oral Letter

Dear Sir

welcome to Highland park police Department. I am writing this letter
to confirm the Oral agreement we had our that of the meeting
of the video that of YOUR Salary start at 25,000 per annum. Promotion
and incentive thereafter will be made on the basis of YOUR
Performance. for which YOU will be Receiving quarterly evaluato

Attached is the Report puper Of the Employee manual for
You Reference. Please Submit the Request documents as
Stated in the manual on or before 4.April.

Thank you and we Looking forward talking with you soon
.

Yours. Sincerely

from
Dan

1 Kozzy disclossion
2 3742 Parker
3
4 Det Mich 48214
5
6
7
8
9
10
11 Kozzy Nickerson          Foresesability
12 w
13 Mike Duggan
14
15
16
17
18 Were of Highland park police Department of 4-3 2oon
19 that of Och and Schultz of the arrested of
20
21 Radio scnach of that of dissording that of officer
22 walked in cell strike and hit of och officer schultz
23
24 were push to wall of the defendant Refusal/injuries
25
26 of breach contract of injuries of broke nose Handinjures
27 busted eye of reasonable anticipation of the possible
28 Result of an Action seeh us what may happen
29
30 if one is ~~negligent~~ of Consequencial damag
31
32 Resulting a from breach of a Contract frcp42
33
34
35
36
37
38
39
40

Written Letter    Request to Comel

Pages of
Service

1 Kizzy Nickerson
2 3280 Parker
3 Det michigan
4
5
6
7
8
9
10
11
12 Kizzy Nickerson
13 V
14 milee Duggan
15
16
17
18
19

proof of service

Request to court in written letter court

Complaint I E Contract Breach
Letter

19 On date 4-3-2000 I were of Highland park police department
20 of dissordely of service of Received of Ochs and schultz
21 at 1501 Highland park police Department of Detroit Michigan
22 I were of unsatisfactory because log the two officer of Highland
23 park police Department of Ochs and schultz were that of Radio
24 shack that of Paying off A bill of that they had insistented
25 by Ochs and schultz of the police Department that Plaintiff
26 were of arrest of been of transportion of Highland park police
27 Department that the process were refusal of that Plaint
28 that of Och and schultz walked in cell Ochs of the officer
29 strike and Hit Plaintiff to the face of Och and schultz
30 that of push after been of Ochs steik Hit to plaintiff
31 of schultz and Ochs push in injuries of plaintiff
32 to wall of injuries that were of that Refusal of officer
33 To resolve the problem I would like you to
34 be resolved of compensory of damey and of Explanation
35 of the officer of the problem
36 enclose of copy are copies (of any document )

Kizzy Nickerson

Kizzy Nickerson

3200 Parker

Det michigan

Proof of service

Request
to
court
court

Kizzy Nickerson

Moses Duggan

Public Nuisance Breach Contract

Written letter

I believe both the Highland park police Department 1801 woodward Highland Park Michigan Detroit 48203. Coverage and public service announcements could be extremely beneficial in supporting the enforcement of the noise control act of 1973. It is understandable but unfortu- -nate that noise complaints are such low priority. As a Result it has escalated out of control

Calling the public Department every time there is a complaint is not feasible. Many times the perpetrators impose their boom boxes for frequent recurrent and short periods of time there fore preventing getting caught If and when an officer is available within hours of the report or ever improvement is definitely needed for Noise -control Responses and action It is A public. nuisance and hearing of infants child adult causing unwelcome discomfort by transmitting ~~vibrations~~ at an extremely high frequency

What Options does a citizen as an innocent victim have to defend themselves and/or assist the understa -ffed fresno police Department in addressing this flagrantly displayed Public Nuisance

Kizzy Nickerson

Kizzy Nickerson
8758 Maxwell
Det Mich 4814

proof of
Service

Kizzy Nickerson

Mike Duggan

Request to Court

Written

Element

Explain Burden of proof    Letter

Let look more closely at the Second element
of a breech contract what the defendant
breech of care in an patent copyright tell you
whether to prove the out of care by defendant
performance of Officer Refussal of complete
of Job of the precent contract of that
Strike and Hiting to face exmy that plaintiff
were of Detroit Recieving Hospital of the
damage. at 12:40 or 100
to Resolve to dispute of complaint

1 Kizzy Nickerson
2
3 3749 Maxwell
4 87
5 Det Mich 48214
6
7
8
9
10
11 Kizzy Nickerson
12 U
13 Mike Duggan
14
15
16
17

Written Letter

Appeal

Request to Request to Court

process
Service

Service

18 I am a Citizen of Michigan. I am writing to you to
19
20 a. of a appeal Letter. a rc of the breach contract of
21 Refusal of Sue. that was given of 12-16-20xx I feel
22
23 that of the breach contract. of sue is now of a proper
24 of the situation respect and understanding that it
25
26 truly deserved. On 4-3-20xx at 1:30 2:30pm. I was
27 of the police department of dissordely of paying of bill
28 of Rad. schack of that police walked in cell steel hit to
29
30 face of och and of och and schultz push plaintiff
31 to wall injuries of broke nose busted eye head injures
32
33 of the plaintiff. I sund the incident but broke bones
34 in my face. I have enclosed the medical document
35 I would ask you to grant

33780   Police

4 Det michigan

5

6

7

8

9

10

11 Kizzy Neterson

12

13 Mike Duggan

14

15

16

17

Foundation Complaint
Written
Letter

18 Service fee of honoring warranty

19

were of Highland Park police Department of 1501 Woodward
of Highland Park of that this department were of a mobil then
building of Highland park of that the building were of A
wheels then a building of the police Department of the injuries of Refusal
Plaintiff suffered of I didn't understand the arrest of the
sordely of the Department of Highland Park of the
crew of the department that were been of dissordely of
of police department of Highland Park Michigan Advance.

Foundation come out and cheack theor work and make
Repairs I was not told of the they gave me a warranty
on their work that additional fee would be applied
if they had to come out and make additional
crew of the department of the Highland Park police depart
ment Breach Contract Breackfail to fulfield

Desired settlement
of that Plaintiss ask of court of
Damage of Plaintiss of Department of
the foundation of the mobil,
Business Response
That of Kizzy Neterson were to be
4-3-Dec of dissordely and to serve
of 60 days of incatron time

advanced foundation to view of that it were of the mobile
warranty warranted word

1 Kizzy Nickerson
2
3 3742 Parker
4 Det Michese 44
5
6
7
8
9
10
11 Kizzy Nickerson
12 U
13 mike Duggan
14
15
16
17 Breach contract Breach Suit to fail fraud contract
18 Were of Highland park police department Of 4-3-20xx Of that
19 Of paying bill of Radio schack Of that Of Ochs and Schultz mike
20 Duggan were of policeman Of Highland park police department
21 Of Highland park MI that of MI, that of it transportion Of Och
22 Strike and Hit Kizzy Nickerson to face and of both office
23
24 after Och strike and hit plaintiss in face that after both policeman
25 push plaintiss to wall injuries of broke nose busted Eye head
26 injuries that were of acts of Breach fail to fulfield combine
27 cause an injuries that were of act of breach contract to cause
28 would happened but for breach of the actor of the construction
29 Of work of the highland park police department breach contract
30
31 leaves mobil construction of the for police department of 1501
32 Highland park MI and a careless mobil condition of the police
33 department they are brought by the goverment Action.
34 include tort casses, are subject to neither fire nor
35 incureen in Civel court
36
37
38
39
40
41
42
43
44

Written letter

Proximate Cause Request to Court

Proofs
of
Service

1 Kizzy Nickerson
2 Det Michigan 48214
3
4 3780 Parker
5
6
7
8
9
10

written letter

Substantial factor R.

11 Kizzy Nickerson
12
13 Mike Duggan
13
14
15
16 .
17 Breach contract Breach guild to sub field
18 were of Highland Park Police Department of Disordley of 4-3-200
19 that of Och and schutke were of the officer that of Plaint
20 injung of bill that of transportion of Highland park Police Department
21 of injuries of that of the breach regusal of to process of 4-3-20
22 of that the two officer took Kizzy Nickerson to cell
23 of that the two officer walked in cell Och and strike and Hitt
24 of both officer walked in cell Och and Ochs and schu the push
25 Kizzy Nickerson to face and of Ochs and schu the push
26 to the wall of the police Department in injures of
27 Plantiss of Broke Nose Busted Eye Head injuries that of
28
29
30 Plantiss of Broke Nose Busted Eye Head injuries that of
31 the Highland park police Department 1501 woodward that
32 the causation standard on whether an injury is work
33 Related is based on a Recent ,        -    - Court
34
35 Compensation cases define as a substential factor
36 in bring about an injury and without which the
37
38 injury would not have occure

Lizzy (mickerson)
3780 Pavler
Det mich 48214

Request for belle
Court

Lizzy wickerson
Mike Duggan

Oral statement    Written letter

8 Impeachment that of direct Examination that the of Mike Duggan
testified that serious problem with the Highland park Police Department
that of the completion of the Extra Mobil building foundation condition
Completion of that of the complete of the completion were of
the completion of the ISO1 Highland park Police Department
of were there of A demand of the completion for the
Department. of woodward ISO1 Police Department at
of Highland park mi
And of to impeachment of Mike Duggan statement that to
Impeachment of did he had in other inspecting the constructive
The problem of the foundation that it were of great condition
to Cross Examination bring out prior statement. Breach contract
fulfield contract

Kizzy Nickerson
3780 Parker
Det mich 48214

Request to court
court

Insufficient foundation
written letter
Breach contract
Letter
Complaint

Kizzy Nickerson
v
mike Duggan

Object to Exhibit on the ground the adversary Attorney has not
laid a sufficient foundation suppose that you are the
plaintiff Kizzy Nickerson in the case of Mike Duggan That Officer
Dennis Nickerson call the Officer Ochs as a witness and as he
the officer to identify a Photograph allegedly showing
the busted Eye of the push to well if you claiming push to well
In Response that ochs testifies. That look like Kizzy Nickerson
but I cant be sure IS the Attorney ask to attempts to
offer the photo into evidence base on the foundation
ask the Judge to exclude it on the ground that
the officer lack personal knowledge or that the foundation
is sufficient, Breach Contract breach suit to sue field contract
suit.

Kizzy Nickerson

1 Kizzy Nickerson
2 3780 Parker
3 Det mich 48214
4
5
6
7
8
9
10 Kizzy Nickerson
11
12
13 mike Duggan
14
15
16
17
18 Explanation of the term Medical
19 Causation in worker compensation
20 Case by Plaintiff Attorney ~~Barbara Beaaa~~ Kim Nickerson
21 Experience need in such case Causation
22
23 Determination in worker compensation
24 and toxic tort cases with minimal knowledge
25 of and no training in medical Sample
26
27 Letter worker Compensation ..Please be
28 advised that this letter and enclosed
29
30 information is in Response to your
31 -of a worker com pensation 4-3-20xx
32 of dissoide 14 of Refusal of Highland park police
33 department of Highland park which 14 of worked
34 In cell of Plaintiss strike and Hit to face Injure
   of Broke nose Nuclear Glue He lied

1 Kizzy Nichesse
2 8754 Maxwell
4 Det mich 48214
5
6
7
8
9
10
11 Kizzy Nicherson
12 RU
13 Mke Duggan
14
15
16
17
18
19
20  Element
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50

Request to Court

Written

Explain Burden of proof    Letter

let look more closely at the second element
of a breech contract thet the defendant
breech of care in an patent copyright tell you
whether to prove the dut of care by defendant
performance of officer Refusal of complete
of job of the precent contract of thet
Strike and Hiting to face exm thet plaintiff
were of Detroit Recieving Hospital of the
damage. at 12:40 or 100
to Resolve to dispute of complaint

1 Kizzy

2 37412 Parker

3 proof of Service

4 Det mich 48214

5

6

7

8

9

10

11 Kezzy Wickerson

12 U

13 mike Duygan

14

15

16

17

Request to   written letter
Court Court

Preponderance of Evidence

18 plaintiss Establish that the enchence are least

19

20 slightly better than 50% that the plaintiss

21

22 fact are true. That defendant och and

23

24 mike Burgan mrs schultz act curless ty uour

25 cureless action were the direct cause

26

27 of the plaintiss loss and cureless action

28

29 produced actual damage compenstory were

30

31 of Highland park police department of 4.3.2000

32

33 Dissordely of och mrs schultz of Radio schack

34

35 of that paying bill of that of excorted of

36 transportron of to highland park police Department

37

38 of woodward of that of resusal of process of breech fail to
fulfield

39

40 Ochs and schultz that of strike to flit

41

42 to face and push to wall of Ochs and schultz

43

44 that of injuries of broken nose Busted Eye

45

46 Head injuries dispute to Resolved

proof of service

1  Kizzy McCurdo
2  3750 Parker
3
4  Det Mich
5
6
7
8
9
10
11  Kizzy Mclurson          Request to court
12  V                              clerk
13  Mike D'Ryan                written letter
14                  Relevant But unfairly prejudicial
15                   Evidence Fed Rul 403 and Texas
16                   Civ Rule of Evid,
17
18  Sue of breach contract a dangerous Condition in a the Highland park police department
19  Condition of plaintiff of incurition of 4-3-2000 of that of dissordely of that
20  Escorted of Radio schack of paying a bill that of transportation of Och
21  and Schultz of refusal of process that of the officer walkin cell
22  that Och and schultz were of plaintiff cell that Ochs wall
23  And Hit and streike Kizzy Nickerson in the face of that of Both
24  push to the wall of that Injuries of Och and schultz of
25  Plaintiff Broke nose bustedEye Head injuries of that of
26  Highland park police department of Detroit michigan of
27  Highland park police department, as a Result of which
28  suffer injuries of Broken nose busted Eye Head injuries the
29  Your defense is that no dangerous conditions existed
30  at the time of the Highland park police department
31  arrest dissordely after testifing to her injuries
32  that plaintiff offer into Evidence a series of photo
33  graph depicting her boof the Highland park police
34  Department mobil of arrested of the precent of
35  The photographs are of some Relevance because of
36  heir support Plaintiff testimony of her of the condition

Proof of Service

Refers to the court Sentre

1 existed at the time of the Highland park police Department

3 and that the Risk of that the plaintiff photographs will

5 inflame the passions of the jury against you and cause

7 the Jury to rule in favor of the plaintiff no matter what

9 the conditions of the Highland park police department

the police Depart

11 If you object the Judge may conclude of the police Depart

12 ment. Risk photographs will be unfairly prejudicial outwe

13

14 ight their Relevance. and exclude them from evidence

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31 .

32 .

33

34

35

36

unfairly prejudicional)

Kizzy Nickerson
3780 Parker
Det MICH 48214

Kizzy Nickerson
V
Mike Duggan

Court
Request to Court written letter

Impeachment

Im Dennos Nickerson and Im hear to speak for Mike Duggan Do you recall receiving a later from me 11-27-2014 asking if I maybe discuss Ochs and Schultz of and Mike Duggan case with you And would It be fair to say that You Didnt Response te this later asking if you would discuss what You know about this case with me or Do you Recognize or Recall an investigator for my office by the name of Dennos Nickerson of a marshall service of the supreme court in Detroit Michigan and ask to discuss what you know about this case and you told Marshull service of the supreme court and you told the morshull service service that you wont descuss the case with him/her didn't you this is the first time that our side has had the opportunity to talk about what you know about the accusation against ( mike duggan ) By the way did you talk with the lawyer

Kirry Nickerson
3742 Parker
Det mich 40M1

proof of service

Kirry Nickerson
V
Mike Duggan

Request to court
Written offer

Identify Issues to be Resolved
fact or Law.

Breach contract
This case is based on a negligence case in which you are suing Mike Duggan
of the contractor who of the highland park police department of police man
Ochs and schultz push and of Ochs strike in the face of the policeman
that of the none completion of the Highland park policeman injuries of
of plaintiff broke nose busted eye Head injuries of the policeman walk
In cell in injureyed plaintiff in the case certain issue to be resolved durin the
trial in you Note that in you argument to the Judge

Your honor there are only two issues before you this afternoon
Wheather Mike Duggan his duty of completion due care and wheather
the push and strike to wall hit and the face caused her injuries
There is no question she/he .

1 Kizzy Nickerson
2 3747 Puritan
3 Ded Mich 48214
4
5
6
7
8                          Request to Clerk
9
10                        Written Letter
11 Kizzy Nickerson
12 V
13 Mike Duggan         Discuss Credibilty letter
14
15
16
17
18 Your Honor the witness MR. Mike Duggan that the defendant
19 was enter the cell of of plaintiff. that of were officers and
20 Schultz. working of policeman of Highland park police Department
21 that of Mike Duggan. as mayor of the property. But your
22
23 Honor tests remember this mr mike Duggan is the mayor of
24
25 the City and quite undersigned may see thing in favor.
26
27 what more she doesnt work of the building and while
28 may have come around to visit the building of highland park
29
30 police Department, she admitted on.
31
32
33 Cross Examination that she/He did not conduct Regular inspection
34 or the police department. Or tAlk to the officer as I
35
36 testified I dont every remebered Mike Duggan coming as the
37
38 officer Och and schultz walkins into the Cell
39
40
41
42
43
44
45

1  Kizzy Nickerson
2  3742 Parker
3  Det Mich 48214
4
5
6
7
8
9
10

Request to Court
Written Offer

11  Kizzy Nickerson
12  V
13  Mike Duggan
14
15
16  Breach contract

Identify Issues to be Resolved
Fact or Law

17  This case is based on a breach case in which you are suing Mike Duggan
18  of the contractor who is the highland park police department of police man
19  Ochs and Schultz push and of Ochs strike in the face of the police man
20  that of the noise completion of the Highland park policeman injuries of
21  Plaintiff broke nose busted eye Head injuries of the policeman walk
22  in cell in injured plaintiff in the case certain issue to be resolved during the
23  trial in you note that in you argument to the judge
24  Your honor there are only two issues before you this afternoon
25  Whether Mike Duggan his duty of completion due care and weather
26  the push and strike to wall hit and the face caused her injuries
27  There is no question she/he

27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

1 1422
2
3 3772 Parker
4
5 Det mich 48211
6
7
8
9
10                                    Saying to court
11 Lizzy Nickerson
12 V                                  (written letters)
13 mike Duggan
14
15                        Introductory comments
16
17
18 In this version of the case certain issue were resolved during
19 trial and you note that in your argument to the Judge a
20 your Honor there are only two issues before you this afternoon
21 whether MR. mike Duggan breached her duty to of patent
22 with due care wheather he of the highland park police Department.
23 OB OCHS and schultz hitting and strike and of both OB policemen
24 of OCHS and schulte caused of injuries of and mik Duggan cause
25 of injuries. There is no question she He owed me a duty she
26 stipulated that her the of highland park police department office
27 ochs and schultz. Strikecllbs ochs and push in the paccent of the two office
28 of the push so she owed a duty to me to use Reasonable care
29 also there is no question about the amount of damage compenstory
30 I suffer. The defendent stipulated that the doctor bill and
31 and report paper. I introduced into evidence are accurate
32 Ladies and gentlement were negligent and have rule for me
33 to prove defendent were negligent and have rule for me
34 I must establish all four of the legal elements of
35 the negligence claim Those are one that the defendant
36 owed me D careless of Harm to body that the duty of procedure
37 of A police department the duty of procedure of careless
38 three that she breach that duty by that caused Harm to me
39 that her careless was were direct harm to me caused my injuries
40 and four That I'm out 99999999999 because of money I had to pay
41 doctor bill money I lost of the surgery to that have to have
42 and money to compensate me for pain I suffer From those injuri
43 Element I is not at issue there of the present so highland park polic

Kizzy Nickerson
Det Mich 48214
8202 Parker

Request to Carel'

1 Kizzy Nickerson
2 W
3 mike Duggan
4
5
6

Written L

Memoran Dum   Letter Complaint   Breach contract

Plaintiss Kizzy Nickerson and Defendant mike Duggan submit the following
joint pretrial Memorandum Jurisdiction
The court has Jurisdiction based on diversity of citizenship under
28 U.S.C 1332 Plaintiss is a citizen of the state of Michigan and
the state of Michigan and the amount in controversy exceed
the amount of 75000 exclusive of interest and costs
Uncontested facts

Plaintiss and defendant were involved in a property damage
collision occured in the intersection Highland park police Department
of the precent of woodward Highland Park in the ccea of Michigan
Detroit at approximately 13128 m at the time of the collision
Plaintiss was of the Highland Park Radio schach of pay bill
of that to resolve of that office Ochs and schee the defendant
walk in call Ochs and schultz of Ochs strike Plaintist to the face
and after Plaintiss were push to wall of both officer Ochs and sault
of Highland Park police department at the time of the collision. the
Plaintiss were of SSI of disable of her diagnose of Illness
Plaintiss are going to lose of her ability of SSI to be out
4688 of the injuries of medcail of SST insurance of lost
of income to be of 921 monthly plaintiss also suffered
permant injuries to nose that required surgery and
will impair plaintiss to ability of SSI in th futher.
Plaintiss medical bill of total 6018.46  Disput ISSUES fact ena
— Did the defendant enter the cell — what are Plaintiss reasonabl dam
were defendant

1 Kizzy Nickerson
2 Det Mich 48214
3
4 3792 Parker
5
6
7
8
9
10
11 Kizzy Nickerson
12 v
13 Mike Duggan
14
15
16
17
18 We are professionally and legally obliged to keep you affair
19
20 Confidential However solictor may be required by statue
21
22 to make disclosure to the serious Organised crime agency
23
24 where they know or suspect that a transaction may involve
25
26 money laundering or terrorist sincincing If we make disclosure
27
28 In Relation to you matter that a disclosure has been mad
29
30 to resolve to dispute
31
32
33
34
35 Sincerly
36
37 Very truly yours
38
39
40
41
42
43
44
45
46
47
48
49
50
51

Kizzy Nickerson
3780 Parker
Detroit mich 48214

Kizzy Nickerson
RU
mike Duggan

Request to court
court
written

Proposed scheduling order Letter
complaint

The parties purpose that the court issue the following
scheduling order

1 The pretrial disclosures forth in the Joint Report
Early meeting are to be made no Later than Date

2. plaintiff Kizzy Nickerson will first depose Defendant mike Duggan
No Later than 30 days

3. Defendant Mike Duggan will not depose Plaintiff Kizzy Nickerson
No Later than 30 days

4 No other deposition will other then these reserved them these
reserved for those will be taken
following the taking deposition the Parties are do meet for.
good faith discussion of settlement

5. Before the meeting that place the party will read the
brochure entitled Central District Dispute
Resolution Procedures and consider the use of the
Alternative dispute Resolution Procedure discussed
therin the court herby adopt Plopsed Order as its
Schulde
to resolved this dispute

Sincerly
Very truly your

Kizzy Nickerson
Plaintiff

Romes Nickerson

Proof of service

Krozy Nickerson
3780 Parker
Det mich 4824

Request to court
written letter

interrogatories written
STCP rul 33
complain 7

Robert Nickerson
& U
Mike Duggan

Plaintiss breach of contract case in Krozy Nickerson v Mike Dugg. of the 4-3-2000 Highland Park Police Department of 1801 woodward Highland PARK MI 48203 That of Plaintiss Dissorderly of Radio schack theft been Escorted Of Och Schultz os officer of Highland Park Police Department Och and schultz coulked in cell Och strik and hit plaintiss to face alter the two officer push plaintiss to wall injuries Plaintiss Busted Eye Broke nose Headache If you want to elicit a full story you'll probably have to tolis Deposit a sk interrogatory asks. Please describe the process leading to the Highland Park Police Department of Ochs and schultz Instead of a Lengthy fully detailed answer.

Public have common to recognize [Trademark Owner] as

Establish and souccessful [product And or service business

Recently [Trademark Owner] became aware of your use of

the [www.Trademark.com and www.Trademark.com]

domain names, which redirect vistors to your website

Your domain name registration date for [www.Trademark

.com] domain was [date.] Your Domain Name Registration date

for [www.Trademark.com] was [date. Under michigan law

common law trademark Infringement occurs when

a party utilizes a trade or service mark that creates

a likelihood of consume confusion. As you are undoubtedly

aware your domain names are exactly the same as

Trademark Owner marks

Because of your of these two domain names [Trademark

owner] has already witness actual confusion in the market

The following incidents occurred during [date

confusion incident

Just [#] month [trademark owner] has received a number of

Part of actual consumer confusion This presumably

presents a big portion of consumer who are confused

Never take the time to find another way to contact

Kizzy Niclose
Des Mich 48149
3742 Parker

>

,

)

Kizzy Niclose 1
2 U
3 Mile Anyyan
4
5
6
7
18 This interreogatorries are Continuing in chance Character
9
10 During the Least five year have you Suffered any other
11 personal injueres
22
33 Definition —
24
25 The term — 4. April contract refer to the contract signed by
26 plaintiss and defendant on 4. April and attached Of Cas
27 Exhibit A. to these interrogatorres
28
29 1. A Request for any document to all Refer writing of any kind
30 Including but not limited to Corres pondence Memoranda not
31
32 Pamphlete, Computer printout, photograph whuather Store on tape
33 Video tape and electionically
34
35 B. If the defendant has any document reflecting that information
26 and is include of the document and a separate Request for
37 production of Document.
38
34 Do you at contend that you Push Steile Hit to face to plaintiss
40 on 4 April 200X If so please State wheather you have in you
41
42

OS Ser.
Service

Lizzy Wickerson
3742 Parker
Det mich 48214

Lizzy Wickerson
V.
Viola Duggan

Request to i.
Court
Written Letter    Draft
Interrogatories .
Question
You have in your possession or controll cny document or indicating that such a document was made and attach a copy of any such document or record to your answer to these interogatories.

lack of adversary you set sorth of sact on which its legal claim

Red Met 10:27

$3742 Ballots

Kozy Nickerson

Mike Duggan

Request to Court
cover
weitten cather

interrogatic Questing

Mrs Schultz

Where were you abou 1:30 2:30 o clock on the afternoon of 4. April

2. Did you see me that afternoon

3. Did anything happen to me as Ilavere of the depatment

4. direct Examiation tanscript Andisis this portion of mrs schultz

5. MRS. Schultz what happen next.

6. How do you know this is what

1. ... He said

7. Did He say anything

8. Did you said the man who made those Statement

1

Kizzy Nickerson
5780 Parker
Det mich 48214

Draft Request to Clerk Letter

Joint Report of Early meeting
Complaint

Kizzy Nickerson
V
Mike Duggan

Plaintiff Kizzy Nickerson and counsel for Defendant mike Duggan submit the following Join Report of Early Report meeting

No Late then 30 days. the parties will make the diselosures under the terms of frcp 26(a) a) include a list of what will be disclose such as descriptions. of documents and

2. Plaintiff Kizzy Nickerson will depose Defendant Mike Duggan No Later Than December 16 20xx

3. Following the competetion of Defendant Mike Duggan deposition Defendant Mike Duggan will depose Plaintiff. No Later than December 16 20xx

4 No other deposition will be taken

5 No pretrial motion are contemplated at this time

6 No other parties will be brought into case

7. The estimated time for trial is one day

8 The parties attempted in good faith to resolve their dispute and settle the bud were unable to do so. The parties intend to conduct Further Settlement discussion following the completion of the deposition

to resolve this dispute

Date

Proof os Service
Proof os Service

1
2
Kizzy Nickerson
41800 Parker
St mich 48214
6
7
8
9
10
11
Kizzy Nickerson
12
Mike Duggan
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44

Request to Docket
Written Letter

Complaint 26 Disclosures

Pursuant to federal Rule of Civil Procedure 26 (a) and Local Rule 26. (A) Plaintiff Kizzy Wickerson hereby make the following required disclosure

1) The Name and I know the adress and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defense unless for Deposition testima ocument or other Exhibit (or may offer. Neo aries

to resolved this dispute

Sincerly

Very truly yours

1. Kizzy Nickerson  Proof of Service
2.
3. 3780 Parker
4.
5. Det MICH 48217
6.
7.
8.
9.
10.
11. Kizzy Nickerson         Request for Correct
12. V                        Written Letter
13. Mike Duggan             Jury Instructions
14.
15.
16.
17. breach contract fail to full field contract
18. Were of Highland park police department of 4.13.2001 of dissorderly of Highland
19. park police Department of Redro schuck of Plaintiff paying of bill of record
20. of the transportion of Och and schultz of walked in cell of injuries of
21. the Brested eye Broken nose Bleeding injure of stela to face and of push
22.
23.
24. to coall of Schultz and Och and injuries- that.
25. PROPOSEd Jury Instruction
26.
27.
28.     Plaintiff and defendant proposed Jury instruction attached
29. 1. The parties jointly agree to the instructions Numbered
30.    1. through 11.14. and 19.
31. 2. Plaintiffs object to defendant Requested Instruction number
32.
33.    12. and 13. For the reason set forth in the attached
34.    Memorandum of Authorities
35.
36. 3. Defendant object to Plaintiffs Request Instructions
37.    number 15. 17 and 18 for the Reason set forth
38.
39. in the attached Memorandum of and Authorities
40.
41.
42.

1 Kizzy Wickerson
2
3 Det Mich 48214
4
5
6
7
8
9
10
11 Kizzy Wickerson
12 V
13 Mike Duggan
14
15
16
17

Requests to Court Court
Formal for investion

18 This Letter will serve as a formal. Request for an investigation
19
20 On 1-16-20__. Kizzy Wickerson hereto referred as complaint ."
21 Contacted the Highland park police department in & Mike Duggan
22
23 Contacted a that a note that appeared to have come from
24 me was of the marshall service. of the Supreme Court.
25
26 The note stated that because shifflehead gotten a sue
27 against me I was going to sue, I have in my possession
28
29 copies of a Breach contract documeent and a Letter to
30
31 a Supreme Court. which that Complaint states that
32
33 investigation of document of the formal discovery. intterrogatories
34 I have of the investigation of the document above
35 of 4-3-20__ of Refusal of condition of the Highland park
36 Police department
37
38
39
40
41
42
43
44

Krysl Nickerson
2780 parker
Det Michigan

Kizzy Nickerson

Mike Duggan

Jury Instruction   written letter
Request to Court

Proposed Jury Instruction

Plaintiss and Defendant proposed jury instructions
are attached

1. The parties jointly agree to the instructions
   Number 1 through 11, 14, 16, and 19

2. Plaintiss object to defendant requested
   instructions number 12 and 13 for the reason
   set forth in the attached memorandum
   of points and Authorities

3. Defendant object to plaintiss requested
   instructions Number 15, 17, and 18 for the
   reason set forth in the attached memorandum
   of points and authorities

Date

_____
Plaintiss

Mike Duggan
_____
Defendant

proof service

1 Kozzy Nicderson
2 Det michigan
3 3880 parker 48214
4 " d

11 Kozzy Nicderson
12
13 miler Duggan

Request to Court

Written Statment          written late

17
18 During direct Examination. Mile testifies that there were serious
19 Problem with the foundation. of your highland park police Department
20 foundation. of the Hoynland park police Department
21 But during the deposition milee admitted that his inspection
22
23 revealed that the police Highland Park foundation was
24 in very good condition of 4-3-20xx. Officer Broke nose busted Eye
25 Head Injured of officer Refusal of process of welking in Paintiff cell  breach
26
27 of Push strike to sace of ocu and of push of Both Toens and schutz
28 deny making the prior statment. breach contract fail to safgierd
29
30 1 Mr Mile. You testified that the reason for the demand. Complete
31 that the model: were of good condition. that discovered. a serious
32 that the model: were of good condition
33 Problem with the foundation. Right

34  2 tooking at your deposition Exhibit 1
35    please Examinie It and tell us. is this
36    is the sworn deposition you gave in this
37    case
38
39 3 The signature. on the last page that your Signature

1024 Wickerson
Det Michigan
13780 Parker

Court
"Request to
Written Letter"

4 Kizzy Wickeroo
2 U
3 Mike Duggan

Judge or Jury What
You want

Your Honor you have heard all the evidence showing
how A mobil of A department of a police precent of Highland
Park police Department was that the defendant used of breach failure to fulfill
the condition of Highland Park police department of the field
Completion is a mobil of condition that of no of A percent
of build of building that of all that xtra of the
building that were of a company of building that of
been incartion of Jail that were lack of condition
privates of the percent that I were terrised that
of the incartion in Highland Park police department
It cost of 999999999999 to of the surgey of damage
to Plaintiss that was caused by the push steik and Hit to
face And that Plaintiss spends of 99999999999 more
than to bargained for surgery medcial Just to get Surgey
not to mention othe surgey Your Honor please find that
he defendant's breach the contract by using a condition
of A mobil of Lack of a Precent or police Department
station and order that he pays Plaintiss the 99999999999
het of surgey.

1  Kozzy Nickerson
2
3  3 MZ Parker
4  Det Mockusen
5
6
7
8
9
10
11  Kozzy Nickerson
12  U
13  Mike Duggan
14
15
16
17

                        Request for Cause

                        creitin Cotton


            Challenge for Cause

18  Plaintiss in a breach Contract lawsuit you know there will be
19  evidence that you drank a beer one hour before the accident and that
20  the defendant will argue that because you had been drinking the
21  accident was you fault. During voir dire Juror No. 3, Ms. Morrow, said that she
22  does not drink - that she does not serve liquor of any type in her
23  house and that their are opinion people would be far off it her If they
24  never drank alchol. At the same time she said that she
25  could be fair to you and would not decide the case against
26  you simply because. You had taken drank. However you do
27  not trust the Juror No. 3 to decide the case fairly based on
28  what she said and how she said it you think she is likely
29  to be biased against you because. you had a drink

1, Mr Nickeron it is your turn to challenge
2, Your Hornor I challenge Jurror No 3 For Cause
3, Your Honoe. She said that she is a
   if long teet taler. she never drank she does not
   associate with people who drank and she thinks
   that Nobody. should drink. she is entitled to that belief
   But I dont think that someone who has those belief
   can give me a fair trial there will be some evidence
   that I had a beer and from what she said its clear that
   she'd be biased against me because of that