Kizzy Nickerson
Det Mich 48214
3742 Parker

Proof of Service

Request to court

Kizzy Nickerson
v
Mike Duggan

Late Date written Complaint

Case: 2:15-cv-10413
Judge: Michelson, Laurie J.
MJ: Hluchaniuk, Michael J.
Filed: 01-30-2015 At 11:10 AM
CMP NICKERSON V. DUGGAN (DA)

Us that of Kizzy Nickerson of 4-3-2013 of Highland park police department of officer Schultz of injured of Kozy nickerson broke nose busted eye head injury of that been sent out to gov of to get a right to sue letter or the deny paper that they neve sent out that of the couk to granted the sue of 4-3-2013 of the police department 1501 woodward Highland park MI Det 48203 of let Det complaint